Tenth Court of Appeals
McLennan County Courthouse
501 Washington Ave., Rm. 415
Waco, Texas 76701-1327
June 18, 2016

RECEIVED
JUN 2 2 2016
COURT OF APPEALS
WACO, TEXAS

RE: Appellate Docket Number - 10-08-00366 CR
    Appellate Case Style - Beverly Latimer v. The State of Texas

To Whom It May Concern:
     My name is Beverly Latimer and I am currently incarcerated on a wrongful conviction out of The District Court - 13th Judicial District - Navarro County, Texas - Judge John Jackson. My cause No. was 31022. I am writing to request copies of both my Direct Appeal and The State's Response to my Direct Appeal. Rickey Jones was the attorney who filed my appeal. I have an organization who is working to help prove my innocence and they are requesting these documents. I thank you for your time and consideration and appreciate your assistance.

Sincerely,
Beverly Latimer
Beverly Latimer - 1540659
Lane Murray Unit
1916 N. Hwy. 36 Bypass
Gatesville, Texas 76596

Beverly Patino - 1540659
Pure Memory Unit
1916 N. Hwy 36 Bypass
Gatesville, Texas 76596

RECEIVED
JUN 23 2016
COURT OF APPEALS
WACO, TEXAS

76701-137315

AUSTIN TX 787
RIO GRANDE DISTRICT
21 JUN 2016 PM 2 L
USA FOREVER

Tenth Court of Appeals
McLennan County Courthouse
501 Washington Ave., Rm. 415
Waco, Texas 76701-1337